## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Julie Dalton, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Under Armour Inc.,<br><br>Defendant. | Civil No.24-1231 (DWF/ECW)<br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Notice of Voluntary Dismissal with Prejudice filed by the Plaintiff on July 17, 2024, (Doc. No. [6]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 17, 2024                              s/Donovan W. Frank
                                                                DONOVAN W. FRANK
                                                                United States District Judge