# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Julie Dalton | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 24-cv-01231-DWF-ECW |
| Under Armor Inc. | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or fees to any party.

Date: 7/22/2024                                            KATE M. FOGARTY, CLERK